IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH E. CURRY,

    Petitioner,               No. 2:12-cv-0487-MCE-JFM (HC)

    vs.

RICK HILL, *Warden*,

    Respondent.           ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 16, 2012, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty-one days, why respondent's August 16, 2012 motion to dismiss should not be granted.

DATED: November 13, 2012.

                                              UNITED STATES MAGISTRATE JUDGE

/014;curr0487.46.hab

1